IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| TRACTOR SUPPLY COMPANY, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:21-cv-00619 |
| ACE AMERICAN INSURANCE COMPANY, UNIFIRST CORPORATION, and ESIS, INC., | ) ) ) ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE HOLMES |
| Defendants. | ) | |

## ORDER

Pending before the Court is Defendant UniFirst Corporation's ("UniFirst") Motion to Dismiss. (Doc. No. 94). Plaintiff filed a response in opposition (Doc. No. 101), and UniFirst filed a reply (Doc. No. 106). For the reasons set forth in the accompanying Memorandum, the motion is **GRANTED** in part and **DENIED** in part.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE