# EXHIBIT C

| Claimant | Event Date | Report Date | Net Incurred |
|---|---|---|---|
| WISWELL;PETER | 11/05/2017 | 05/21/2020 | 4,022.50 |
| GRAF;ELIZABETH | 01/11/2018 | 03/03/2020 | 21.50 |
| DOWNEY;KENNETH | 01/26/2018 | 02/02/2018 | 358,000.00 |
| DOWNEY;KENNETH | 01/26/2018 | 09/04/2019 | 70,000.00 |
| ADKISON;DEBBIE | 04/25/2018 | 02/04/2018 | 246.50 |
| ADKISON;DEBBIE | 04/25/2018 | 02/04/2020 | .00 |
| CHRISTIAN;TIMOTHY | 06/25/2018 | 08/03/2018 | 21.50 |
| RODGERS;OLGA | 06/26/2018 | 04/29/2020 | 225.00 |
| MILLER;CAROLE | 07/11/2018 | 09/27/2018 | 21.50 |
| MUNN;BRENDA | 07/23/2018 | 09/27/2018 | 21.50 |
| GOTON;BEVERLY | 07/31/2018 | 08/20/2018 | 21.50 |
| DROUILLARD;MARY | 08/14/2018 | 09/10/2018 | 1,521.50 |
| ARTLEY;HEIDI | 08/21/2018 | 09/10/2018 | 21.50 |
| MONCRIEF;HENRY | 09/07/2018 | 09/27/2018 | 57.50 |
| ROZELL;KEVIN | 09/10/2018 | 09/27/2018 | 21.50 |
| JUSTICE;BARBARA JEAN | 09/22/2018 | 10/16/2018 | 21.50 |
| STUDEBAKER;LORRAINE | 10/06/2017 | 09/07/2018 | 21.50 |
| WELLS;ROBERTA | 01/04/2018 | 02/05/2018 | 3,977.39 |
| TANSEL;BRITTNEY | 04/07/2018 | 04/29/2020 | 22.50 |
| PERRYMAN;PAULA | 10/12/2018 | 11/16/2018 | 21.50 |
| PERRYMAN;PAULA | 10/12/2018 | 11/16/2018 | .00 |
| CASTLETON;LEE | 10/28/2018 | 11/28/2018 | 21.50 |
| TREVINO;MARIA | 11/07/2018 | 03/22/2019 | 21.50 |
| DRY;TED | 11/20/2018 | 01/07/2019 | 21.50 |
| JOHNSON;SHARON | 11/23/2018 | 01/07/2019 | 21.50 |
| PRICE;TABITHA | 01/26/2019 | 03/13/2019 | 1,521.50 |
| VARNER;WENDIE | 01/27/2019 | 12/20/2019 | 5,035.40 |
| CRUMB;DELORES | 01/30/2019 | 03/07/2019 | 21.50 |
| TAYLOR;ELEANORMCCAUL | 03/01/2019 | 03/22/2019 | 3,146.50 |
| EATMAN;NANCY | 03/12/2019 | 11/07/2019 | 21.50 |
| ALLEN;THERESA | 03/22/2019 | 04/09/2019 | 21.50 |
| HAMMOND;BRENDA | 04/12/2019 | 06/21/2019 | 13,771.50 |
| EDWARDS;MARIO | 04/22/2019 | 06/21/2019 | 17,500.00 |
| CANNATA;MARY | 04/22/2019 | 06/21/2019 | 321.50 |
| BELL;JOHN | 04/23/2019 | 04/25/2019 | 27,818.96 |
| BELL;JOHN | 04/23/2019 | 04/01/2021 | 6,436.31 |
| MARRUFO;ROSENDA | 05/06/2019 | 12/24/2019 | 21.50 |
| HARMON;GLORIA | 05/16/2019 | 05/17/2019 | 21.50 |
| AVENT;CAROLE | 05/18/2019 | 06/21/2019 | 21.50 |
| FISHER;DAVID | 06/14/2019 | 07/31/2019 | 21.50 |
| FRICKE;MARGARET | 06/15/2019 | 08/06/2019 | 35.40 |
| CROMER;SUSAN | 06/19/2019 | 12/24/2019 | 21.50 |
| BICKFORD;MICHAEL | 07/11/2019 | 08/06/2019 | 8,988.90 |
| ELLIOTT;ALICE | 07/24/2019 | 07/31/2019 | 3,021.50 |
| FRANKFORTHER;BARBARA | 07/28/2019 | 07/31/2019 | 21.50 |
| CHANCELLOR;BONNIE | 08/08/2019 | 10/09/2019 | 4,052.55 |
| ANTONE;JEROME | 08/12/2019 | 11/07/2019 | 21.50 |
| STJOHN;FLORENCE | 09/03/2019 | 12/20/2019 | 21.50 |
| WHEELER;BETTY | 09/19/2019 | 10/25/2019 | 35.40 |
| TIMON;DEBORA | 09/20/2019 | 12/20/2019 | 35.40 |
| HOLDINESS;BARBARA | 09/22/2019 | 01/16/2020 | 44,065.97 |
| MITCHELL;KAREN | 10/19/2018 | 05/01/2020 | 8,669.42 |
| PRICE;MARY | 11/21/2018 | 04/29/2020 | 22.50 |
| DUNIVENT;STELLA | 04/02/2019 | 05/01/2019 | 35.40 |
| WALKER;CLIFFORD | 05/22/2019 | 04/29/2020 | 22.50 |
| HUNT;DONNA | 01/30/2019 | 02/21/2019 | .00 |
| STAUBS;JOANNE | 09/05/2019 | 04/22/2020 | 21.50 |
| NEWCOMB;LINDA | 10/03/2019 | 10/21/2019 | 21.50 |
| RODRIGUEZ;JAMIE | 10/10/2019 | 12/20/2019 | 21.50 |

| Name | Date 1 | Date 2 | Amount |
|---|---|---|---|
| SHUFF;CHERYL | 10/26/2019 | 12/18/2019 | 5,049.30 |
| SMOTHERMAN;WENDY | 11/14/2019 | 12/24/2019 | 8,535.40 |
| SHARPE;KAREN | 11/16/2019 | 12/20/2019 | 21.50 |
| WATER;JANET | 11/22/2019 | 01/02/2020 | 35.40 |
| HAMLIN;SHELLY | 11/24/2019 | 01/15/2020 | 21.50 |
| KIRKLAND;STANLEY | 11/30/2019 | 12/20/2019 | 21.50 |
| CAMBLE;JOAN | 12/05/2019 | 01/07/2020 | 35.40 |
| MULLINEAUX;CHRISTINE | 12/19/2019 | 03/09/2020 | .00 |
| PARSONS;VIKKI | 12/31/2019 | 01/02/2020 | 10,021.30 |
| CULLEITON;CARMELA | 01/04/2020 | 01/29/2020 | .00 |
| LAUX;JAN | 01/07/2020 | 01/10/2020 | 63.20 |
| TODD;JOAN | 01/07/2020 | 01/15/2020 | 712.88 |
| FORD;RANDALL | 01/08/2020 | 01/15/2020 | 21.50 |
| MACK;JAMES | 01/11/2020 | 01/15/2020 | 7,521.50 |
| MARTE;WILLIAM | 01/13/2020 | 01/24/2020 | 25,021.50 |
| DETKOWSKI;ROSALEE | 01/14/2020 | 01/24/2020 | 21.50 |
| GILSON;ANITA | 01/27/2020 | 01/29/2020 | 521.50 |
| DAVIS;RUTH | 02/07/2020 | 06/03/2020 | 522.50 |
| VALLADAREZ;RAY | 02/15/2020 | 03/09/2020 | 21.50 |
| BAKER;WENDY | 03/07/2020 | 03/17/2020 | 27,500.00 |
| DICOSTANZO;JENNIFER | 03/14/2020 | 03/26/2020 | 21.50 |
| BEASLEY;SANDRA | 03/15/2020 | 05/20/2020 | .00 |
| PURDHAM;MADELON | 04/11/2020 | 05/18/2020 | 3,022.50 |
| ALLEN;JONELLE | 04/28/2020 | 05/19/2020 | 22.50 |
| KING;MARILYN BYARS | 05/06/2020 | 05/18/2020 | 57,551.50 |
| BRASCH;WILLIAM | 05/24/2020 | 06/03/2020 | 22.50 |
| DALTON;PATTY | 06/01/2020 | 07/29/2020 | 622.50 |
| LUKOWSKI;MARY | 06/11/2020 | 06/18/2020 | 7,800.00 |
| PERRY;TINA | 06/28/2020 | 07/29/2020 | 22.50 |
| GAUSE;IRENE | 06/29/2020 | 07/27/2020 | 22.50 |
| WATSON;ANNIE | 07/20/2020 | 10/13/2020 | 397.50 |
| JACKSON;CHARLOTTE | 07/31/2020 | 08/13/2020 | 22.50 |
| ROMAIN;KAREN | 08/07/2020 | 08/28/2020 | 22.50 |
| GRAVES;VICKIE | 08/09/2020 | 09/21/2020 | 1,526.50 |
| FANNING;BOBBY | 08/12/2020 | 08/19/2020 | 22.50 |
| REDMANN;BARRY | 08/15/2020 | 08/19/2020 | 2,397.50 |
| COLLINS;CHRISTINE | 08/17/2020 | 10/13/2020 | 22.50 |
| WETZEL;MARK | 02/21/2020 | 03/26/2020 | 21.50 |
| DYE;ROSS | 02/24/2020 | 02/28/2020 | 21.50 |
| GIX;MARGARET | 06/21/2020 | 01/29/2021 | 22.50 |
| YENDRICH;TRACEY | 06/29/2020 | 02/18/2022 | 27.50 |
| | | | **742,493.08** |