IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TRACTOR SUPPLY COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:21-cv-00619 ) ) Judge William Campbell |
| ACE AMERICAN INSURANCE COMPANY, UNIFIRST CORPORATION and ESIS, INC., | ) Magistrate Judge Holmes ) ) ) JURY DEMANDED |
| Defendants. | ) ) |

**SECOND MODIFIED CASE MANAGEMENT ORDER**

Pending before the Court is Plaintiff's motion to amend certain case management deadlines (Docket No. 144), which is represented to be unopposed and is therefore GRANTED. Based on the parties' agreed-upon extensions (*see* Docket No. 145), and for the reasons requested in the motion, the case management schedule and plan is modified as follows:

1. Plaintiff must identify and disclose all experts and reports by no later than **November 28, 2022**. Defendant must identify and disclose all experts and reports by no later than **December 27, 2022.** Expert depositions must be completed by no later than **January 17, 2023**. All other provisions for expert disclosures and discovery remain unchanged.

2. The deadline for filing dispositive motions is extended to **March 1, 2023**. Responses must be filed **within 28 days** of the filing of the motion and optional replies may be filed **within 14 days** of the filing of the response. **Given the current trial date, no further extensions of these deadlines will be granted.** All other provisions for dispositive motions, including briefing page limits and restrictions on motions for partial summary judgment, remain unchanged.

3. All other case management deadlines and provisions found in prior orders and not modified herein remain in full force and effect.

**It is so ORDERED**.

_____
BARBARA D. HOLMES
United States Magistrate Judge