UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **TRACTOR SUPPLY COMPANY,** | |
| **Plaintiff,** | |
| v. | **Case No. 3:21-cv-00619** <br> **Judge William Campbell** |
| **ACE AMERICAN INSURANCE COMPANY, UNIFIRST CORPORATION, and ESIS, INC.,** | **Magistrate Judge Holmes** <br><br> **Jury Demanded.** |
| **Defendants.** | |

## JOINT MOTION FOR EXTENSION OF EXPERT DEPOSITION DEADLINE

Tractor Supply Company ("Tractor Supply"), Unifirst Corporation ("Unifirst"), ACE American Insurance Company ("ACE"), and ESIS, Inc. ("ESIS") (collectively the "Parties") hereby move this Court for an order extending the expert deposition deadline set in the Second Modified Case Management Order from January 17, 2023, to February 8, 2023. In support of this Motion, the Parties state as follows:

1. On November 28, 2022, the Court entered Second Modified Case Management Order which established January 17, 2023, as the deadline for the parties to complete expert witness depositions. [Doc. No. 148].

2. Pursuant to Second Modified Case Management Order, the Parties worked diligently to schedule the depositions of expert witnesses such that they would be completed no later than the January 17, 2023, deadline. Due to the limited availability of the expert witnesses during late December and early January, the Parties will not be able to complete all expert witness depositions before the January 17, 2023, deadline, and are thus requesting a brief extension.

3.      The Parties respect and understand the Court's statement in the Second Modified Case Management Order that "[g]iven the current trial date, no further extensions of these deadlines will be granted." [Doc. No. 148].   The requested extension, however, will not impact any other deadlines set by this Court, including any dispositive motion deadlines, nor will it delay the trial in this matter.  Further, the request for an extension is not intended to cause delay and is not being made for any purpose other than to accommodate the experts' previous commitments and availability for depositions in this action.

4.      The Parties have worked diligently to schedule the expert witness depositions to be completed as soon as possible and have agreed to the following schedule:

1.   January 16, 2023: Deposition of Mr. Louis Fey (Tractor Supply's expert)
2.   January 19, 2023: Deposition of Mr. Neil Rambin (ACE's expert)
3.   February 8, 2023: Deposition of Mr. Bernie Heinze (ESIS's expert)

5.      Unexpired deadlines that will not be impacted by this Joint Motion:

Dispositive Motion Deadline – March 1, 2023
Trial Date – August 15, 2023.

For the foregoing reasons, the Parties respectfully request that this Court enter an order extending the expert deposition deadline from January 17, 2023, to February 8, 2023.

Respectfully Submitted,

*/s/ Mark M. Bell*
Mark M. Bell (Tenn. BPR No. 029048)
Andrew A. Warth (Tenn. BPR No. 027606)
David J. Zeitlin (Tenn. BPR No. 037664)
WALLER LANSDEN DORTCH & DAVIS LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Phone: (615) 244-6380
Email: mark.bell@wallerlaw.com
           drew.warth@wallerlaw.com
           david.zeitlin@wallerlaw.com

*Attorneys for Plaintiff Tractor Supply Company*

/s/ Stephen W. Elliott
Stephen W. Elliott, #020062
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203-1089
Ph. No. (615) 921-5208
selliott@howell-fisher.com


Alfred C. Warrington, V
Clyde & Co. US LLP
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Alfred.Warrington@Clydeco.us

*Attorneys for ACE American Insurance Company*


/s/ Andrew J. Pulliam
Andrew J. Pulliam (Tenn. BPR No. 016863)
J. Graham Matherne (Tenn. BPR No. 011294)
Wyatt, Tarrant & Combs LLP
333 Commerce Street, Suite 1050
Nashville, Tennessee 37201
(615) 244-0020 / Fax (615) 256-1726
apulliam@wyattfirm.com
gmatherne@wyattfirm.com

*Attorneys for Defendant UniFirst Corporation*



/s/ Jeremey R. Goolsby
Lucas T. Elliot (BPR No. 37084)
Jeremey R. Goolsby (BPR No. 34505)
FROST BROWN TODD LLP
150 3rd Avenue South, Suite 1900
Nashville, Tennessee 37201
(615) 251-5550 Telephone
(615) 251-5551 Facsimile
lelliot@fbtlaw.com
jgoolsby@fbtlaw.com

Alissa Christopher (*Pro Hac Vice*) (Texas Bar No. 11531020)
akchristopher@cozen.com
James B. Harper (*Pro Hac Vice*) (Texas Bar No. ---)
Cozen O'Connor
1717 Main Street, Ste. 3100
Dallas, TX 75201
(214) 462-3036/ (214) 462-3299 (fax)

*Attorneys for Defendant ESIS, Inc.*

4

# CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.01, it is hereby certified that service of a true and correct of the foregoing JOINT MOTION FOR EXTENSION OF EXPERT DEPOSITION DEADLINE has made upon the following Filing Users through the Electronic Case Filing System on this 4th day of January 2023:

Mark M. Bell
Andrew A. Warth
David J. Zeitlin
Waller Lansden Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
mark.bell@wallerlaw.com
drew.warth@wallerlaw.com
david.zeitlin@wallerlaw.com

*Attorneys for Plaintiff Tractor Supply Company*

Andrew J. Pulliam
J. Graham Matherne
Wyatt, Tarrant & Combs LLP
333 Commerce Street, Suite 1050
Nashville, Tennessee 37201
apulliam@wyattfirm.com
gmatherne@wyattfirm.com

*Attorneys for Defendant UniFirst Corporation*

Stephen W. Elliott
Howell & Fisher, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203-1089
selliott@howell-fisher.com

Alfred C. Warrington, V
Clyde & Co. US LLP
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Alfred.Warrington@Clydeco.us
*Attorney for ACE American Insurance Company*

Lucas T. Elliot
Jeremey R. Goolsby
Frost Brown Todd LLP
150 3rd Avenue South, Suite 1900
Nashville, Tennessee 37201
lelliot@fbtlaw.com
jgoolsby@fbtlaw.com

Alissa Christopher
*Admitted Pro Hac Vice*
James B. Harper
*Admitted Pro Hac Vice*
Cozen O'Connor
1717 Main Street, Ste. 3100
Dallas, TX 75201
akchristopher@cozen.com
jharper@cozen.com

*Attorneys for Defendant ESIS, Inc.*

/s/ Jeremey R. Goolsby