UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **TRACTOR SUPPLY COMPANY,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**ACE AMERICAN INSURANCE COMPANY, UNIFIRST CORPORATION, and ESIS, INC.,**<br><br>    **Defendants.** | Case No. 3:21-cv-00619<br>Judge William Campbell<br>Magistrate Judge Holmes<br><br>Jury Demanded. |

## THIRD MODIFIED CASE MANAGEMENT ORDER

Pending before the Court is the parties' Joint Motion for Extension of Expert Deposition Deadline (Doc. No. 151), which, for the reasons requested, is GRANTED and the case management schedule and plan is modified as follows:

1. Expert witness depositions must be completed no later than **February 8, 2023.** All other provisions for expert disclosures and discovery remain unchanged.

2. All other case management deadlines and provisions found in prior orders and not modified herein remain in full force and effect.

**It is so ORDERED.**

_____
BARBARA D. HOLMES
United States Magistrate Judge