IN THE U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TRACTOR SUPPLY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, UNIFIRST CORPORATION and ESIS, INC.,<br><br>Defendants.<br>------------------------------------------------------------<br>UNIFIRST CORPORATION,<br><br>Counterplaintiff,<br><br>v.<br><br>TRACTOR SUPPLY COMPANY,<br><br>Counterdefendant. | Case No. 3:21-cv-00619<br><br>Judge William Campbell<br>Magistrate Judge Holmes<br><br>JURY DEMANDED |

## TRACTOR SUPPLY COMPANY'S MOTION AND MEMORANDUM OF LAW FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO SEAL

Plaintiff Tractor Supply Company ("Tractor Supply") seeks an extension of time to respond to Defendants ACE American Insurance Company's ("ACE's") and ESIS, Inc's ("ESIS's") Motions to Seal, (Docket Entries ("D.E.s") 167, 176).

ACE and ESIS have each filed Motions to Seal, which concern documents that Tractor Supply has designated as "confidential." (*Id.*). Pursuant to Local Rule 5.03(b), "the party who designated the materials as confidential or otherwise seeks to restrict access to the materials retains the burden of meeting the requirements set out in subsection (a), . . . in a response under LR 7.01(a)(3). Subsection (a) of Local Rule 5.03 requires that a party asking the court to keep items under seal "demonstrate compelling reasons to seal the documents . . . by specifically analyzing in detail, document by document, the propriety of secrecy, providing factual support and legal