# IN THE U.S. DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TRACTOR SUPPLY COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:21-cv-00619 ) |
| ACE AMERICAN INSURANCE COMPANY, UNIFIRST CORPORATION and ESIS, INC., | ) Judge William Campbell ) Magistrate Judge Holmes ) ) |
| Defendants. | ) ) |

**FEDERAL RULE OF CIVIL PROCEDURE 21
JOINT MOTION FOR AND STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS BETWEEN TRACTOR SUPPLY COMPANY AND UNIFIRST CORPORATION AND DISMISSAL WITH PREJUDICE OF UNIFIRST CORPORATION AS A PARTY**

Plaintiff Tractor Supply Company ("Tractor Supply") and Defendant UniFirst Corporation ("UniFirst"), hereby notify and apprise the Court that all claims and counterclaims between them have been settled and compromised. Tractor Supply and UniFirst, therefore, pursuant to Federal Rule of Civil Procedure 21, jointly move for, and stipulate to, the dismissal *with prejudice* of all claims asserted by Tractor Supply against UniFirst and all claims asserted by UniFirst against Tractor Supply. Tractor Supply and UniFirst request that, via this joint motion and stipulation, UniFirst be dismissed as a party from this case *with prejudice*. Each party will bear its own fees and costs.

Tractor Supply shall remain as the Plaintiff in this action regarding its claims against Defendant ACE American Insurance Company.

A proposed order is submitted herewith.

Respectfully submitted,

HOLLAND & KNIGHT LLP

*/s/Mark M. Bell*
Mark M. Bell (TN Bar No. 029048)

Andrew A. Warth (TN Bar No. 027606)
David J. Zeitlin (TN Bar No. 037664)
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Phone: (615) 244-6380
Email: mark.bell@hklaw.com
drew.warth@hklaw.com
david.zeitlin@hklaw.com

*Counsel for Plaintiff Tractor Supply Company*

WYATT TARRANT & COMBS, LLP

*/s/Andrew J. Pulliam*
Andrew J. Pulliam (Tenn. BPR No. 016863)
J. Graham Matherne (Tenn. BPR No. 011294)
333 Commerce Street, Suite 1050
Nashville, Tennessee 37201
Phone: (615) 244-0020 / Fax: (615) 256-1726
Email: apulliam@wyattfirm.com
gmatherne@wyattfirm.com

*Attorneys for Defendant/Counterplaintiff UniFirst Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, a true and correct copy of the foregoing was served via the Court's ECF System on the following:

| | |
|---|---|
| Mark M. Bell<br>Andrew A. Warth<br>David J. Zeitlin<br>Holland & Knight LLP<br>511 Union Street, Suite 2700<br>Nashville, Tennessee 37219<br>mark.bell@wallerlaw.com<br>drew.warth@wallerlaw.com<br>david.zeitlin@wallerlaw.com<br><br>*Attorneys for Plaintiff Tractor Supply Company* | Stephen W. Elliott<br>Howell & Fisher, PLLC<br>3310 West End Avenue, Suite 550<br>Nashville, Tennessee 37203-1089<br>selliott@howell-fisher.com<br><br>Alfred C. Warrington, V<br>Clyde & Co. US LLP<br>1221 Brickell Avenue, Suite 1600<br>Miami, Florida 33131<br>Alfred.Warrington@Clydeco.us<br><br>*Attorneys for Defendant ACE American Insurance Company* |

                                                           /s/Andrew J. Pulliam
                                                           Andrew J. Pulliam